DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARKHAM W. YOUNG,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2307

[October 16, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence M. Mirman, Judge; L.T. Case No. 56-1995-CF-000826.

Markham W. Young, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CIKLIN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***